**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00114-CV

### AUSTIN JOCKEY CLUB, LTD., Appellant

### V.

### DALLAS CITY LIMITS PROPERTY CO., L.P., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-11846**

## ORDER

Both the clerk's and reporter's records in this case are overdue. By postcard dated February 3, 2014, we notified the Court Reporter that the reporter's record was overdue. We directed the Court Reporter to file the record within thirty days. To date, the reporter's record has not been filed. Also by postcard dated February 3, 2014, we notified the Dallas County District Clerk that the clerk's record was overdue. We directed the District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive*

*verification it has not paid for or made arrangements to pay for the clerk's record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Sharron Rankin, Official Court Reporter for the 160th Judicial District Court, to file, within **TEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *We notify appellant that if we receive verification it has not requested, paid for, or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

Sharron Rankin
Official Court Reporter, 160th Judicial District Court

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE